# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Fiorillo,
         Plaintiff(s),

                                                  CIVIL ACTION

         V.

                                                  NO. <u>07-40015- FDS</u>

Gamewell Realty, Inc., et al.,
         Defendant(s),

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

The Court having been advised on _____<u>September 29, 2010</u>_____

that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action

within thirty (30) days if settlement is not consummated.

                                                  By the Court,

_____<u>September 29, 2010</u>_____                    <u>/s/ Martin Castles</u>_____
           **Date**                                          **Deputy Clerk**